IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

    Petitioner,                  No. CIV S-07-0404 GEB EFB P

    vs.

M. KNOWLES, et al.,

    Respondents.          ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 15, 2007, the court directed this action be stayed and held in abeyance pending petitioner's exhaustion of available state court remedies. On July 5, 2007, petitioner notified the court that the California Supreme Court ruled on his habeas petition.

    Accordingly, it is ORDERED that:

    1. The stay is lifted.

    2. Petitioner has 30 days from the date this order is signed to file a first amended petition containing all his claims, i.e., claims from his February 28, 2007, petition and his newly exhausted claims. *See Calderon v. U.S. District Court for N.D. Cal. (Taylor)*, 134 F.3d 981, 989 (9th Cir. 1998).

////

1

1         3. Respondent shall file and serve an answer or motion responding to the application

2  within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An

3  answer shall be accompanied by any and all transcripts or other documents relevant to the

4  determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254

5  Cases.

6         4. If the response is an answer, petitioner's reply, if any, shall be filed and served within

7  30 days of service of an answer.

8         5. If the response is a motion, petitioner's opposition or statement of non-opposition

9  shall be filed and served within 30 days of service of the motion. Respondent shall have 15 days

10 to file and serve a reply to any opposition.

11        6. The Clerk of the Court is directed to send to petitioner the form habeas petition used

12 in this court.

13 Dated:   July 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2