IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

   Petitioner,     No. CIV S-07-0404 GEB EFB P

 vs.

M. KNOWLES, et al.,

   Respondents.    <u>ORDER</u>

            /

  Petitioner is a state prisoner seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On July 27, 2007, the court directed petitioner to file a first amended petition containing all claims, including those recently exhausted in the California Supreme Court. On August 23, 2007, petitioner filed a request for increased access to the law library in order to comply with that order. On August 24, 2007, petitioner filed a first amended petition. On September 28, 2007, he filed a request for leave to submit a memorandum of law with a memorandum attached.

  Prisoners have a First and Fourteenth Amendment right of access to the courts. *Lewis v. Casey*, 518 U.S. 343, 346 (1996). This right comprehends "the opportunity to prepare, serve and file whatever pleadings or other documents are necessary or appropriate in order to commence or prosecute court proceedings affecting one's personal liberty." *Id.*, at 384. The right "requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by

1

1  providing prisoners with adequate law libraries or adequate assistance from persons trained in
2  the law." *Bounds v. Smith*, 430 U.S. 817, 828 (1977).   In his request, plaintiff asserts that in the
3  weeks before he had to file the amended petition, he was denied "all" access to the law library.
4  However, he filed an amended petition raising 11 grounds for relief.  He filed a request for leave
5  to submit a memorandum of law with a memorandum attached.  In it, he cites precedent in
6  support of his grounds for relief.  The court finds that petitioner has not demonstrated that he
7  lacked access to legal materials adequate to present his claims.
8           Accordingly, it is ORDERED that:
9           1.  Petitioner's August 23, 2007, request for an order directing that he be given additional
10 time in the law library is denied;
11          2.  Petitioner's September 28, 2007, request to submit a memorandum of points and
12 authorities is granted.
13 Dated:  October 24, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE