IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

       Petitioner,                    No. CIV S-07-0404 GEB EFB P

   vs.

M. KNOWLES, et al.,

       Respondents.     ORDER

                                 /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a second extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that respondents' October 25, 2007, application for an extension of time is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition. The court does not intend to grant additional requests for extensions of time.

Dated: October 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE