IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

        Petitioner,                        No. CIV S-07-0404 GEB EFB P

   vs.

M. KNOWLES, et al.,

        Respondents.               <u>ORDER</u>

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have requested a third 30-day extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b). Without such additional time, the response must be filed no later than November 29, 2007. Respondents' counsel states that he has requested the state court records necessary to respond to the petition and asserts that he has acted with diligence. But he does not state whether he has received these records. Respondents' counsel merely asserts that he is busy because he is a supervisor and other cases in various courts demand his attention.

       Good cause appearing, it is ORDERED that respondents' November 26, 2007, request is granted in part. Respondents shall file and serve a response to the petition no later than

////

1

1 December 20, 2007.  Absent an emergency, the court will not grant a fourth request for
2 additional time.
3 Dated: November 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2