IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

        Petitioner,                      No. CIV S-07-0404 GEB EFB P

    vs.

M. KNOWLES, et al.,

        Respondents.              ORDER
_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 9, 2008, petitioner requested an extension of time to file and serve a reply to the answer. *See* Fed. R. Civ. P. 6(b).

       Good cause appearing, it is ORDERED that petitioner's January 9, 2008, request is granted and petitioner has 30 days from the date this order is served to file a reply to the answer.

Dated: January 11, 2008.

                                                EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE