IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

      Petitioner,                      No. CIV S-07-0404 GEB EFB P

    vs.

M. KNOWLES, et al.,

      Respondents .              ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On February 1, 2008, petitioner timely requested a second extension of time to file and serve a reply. *See* Fed. R. Civ. P. 6(b). He filed his reply on February 15, 2008.

      Good cause appearing, it is ORDERED that petitioner's February 1, 2008, request for extension of time is granted and petitioner's February 15, 2008, reply is deemed timely filed.

DATED: March 19, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE