IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELL JONES,

        Petitioner,               No. CIV S-07-0404 GEB EFB P

    vs.

M. KNOWLES, et al.,

        Respondents.          <u>ORDER</u>

_____/

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus.  *See* 28 U.S.C. § 2254.  Currently pending is petitioner's request to correct his memorandum of points and authorities in support of his reply.  On February 15, 2008, petitioner filed a memorandum in support of his reply in which he incorrectly relied on legal authority in footnote 3.  He seeks to replace a citation to *McKaskle v. Wiggins*, 465 U.S. 168 (1984), with *Robinson v. Ignacio*, 360 F.3d 1044 (9th Cir. 2004).  On August 8, 2008, petitioner requested leave to correct the error and the correction itself.  The request is granted and the correction deemed made.

Accordingly, it is ORDERED that petitioner's August 8, 2008, request to correct the legal authority in footnote 3 is granted and the correction noted above is deemed made.

Dated:  August 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE